# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FELIX A. RIVERA  
10589 LANSDALE  
HUNTLEY, IL 60142  
SSN-xxx-xx-1131  

Case Number: 08-70677

Case filed on: 3/7/2008  
Plan Confirmed on: 5/16/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,591.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 2,710.81 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,710.81 | 0.00 |
| 010 | PARAGON WAY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | FELIX A. RIVERA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GRP LOAN LLC | 45,250.22 | 308.97 | 308.97 | 0.00 |
| 002 | GRP LOAN LLC | 305,581.34 | 0.00 | 0.00 | 0.00 |
| 003 | HERITAGE OF HUNTLEY HOMEOWNERS ASSOC | 2,115.43 | 2,115.43 | 299.00 | 0.00 |
| 015 | SANTANDER CONSUMER USA | 14,907.50 | 0.00 | 0.00 | 0.00 |
| 016 | US DEPT OF HOUSING & URBAN DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 367,854.49 | 2,424.40 | 607.97 | 0.00 |
| 003 | HERITAGE OF HUNTLEY HOMEOWNERS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CLAUDIA RIVERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DEPOND ON COLLECTION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ELK GROVE POLICE DEPT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST NORTH AMERICAN NATL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 593.90 | 593.90 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 490.81 | 490.81 | 0.00 | 0.00 |
| 019 | PORTFOLIO RECOVERY ASSOCIATES | 329.85 | 329.85 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 815.92 | 815.92 | 0.00 | 0.00 |
| 021 | CAPITAL RECOVERY II | 67.36 | 67.36 | 0.00 | 0.00 |
| 022 | GE CONSUMER FINANCE | 2,884.28 | 2,884.28 | 0.00 | 0.00 |
|  | Total Unsecured | 5,182.12 | 5,182.12 | 0.00 | 0.00 |
|  | Grand Total: | 376,810.61 | 11,380.52 | 3,318.78 | 0.00 |

Total Paid Claimant: $3,318.78  
Trustee Allowance: $272.22  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/23/2009            By /s/Heather M. Fagan